**TOM PETRUS & MILLER, LLLC**

RICHARD B. MILLER    3729-0
Tel (808) 792-5855
rmiller@tpm-hawaii.com
LYLE M. ISHIDA    4529-0
lishida@tpm-hawaii.com
Tel (808) 792-5806
ASHLEY R. SHIBUYA    10200-0
Tel (808) 792-5804
ashibuya@tpm-hawaii.com
Finance Factors Center, Suite 650
1164 Bishop Street
Honolulu, Hawaii 96813
Facsimile: (808) 792-5809

Attorneys for Defendant
STATE FARM FIRE AND CASUALTY
COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DONNA MARIE PASCUA,<br><br>    Plaintiff,<br><br>  vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY; JOHN DOES 1-10; JANE DOES 1-10; and DOE CORPORATIONS 1-10;<br><br>    Defendants. | CIVIL NO. CV 23-00374 MWJS-WRP<br>(Contract)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES<br><br><br>TRIAL: January 21, 2025 |

## STIPULATION FOR DISMISSAL WITH
## PREJUDICE OF ALL CLAIMS AND PARTIES

Come now Plaintiff DONNA MARIE PASCUA and Defendant STATE FARM FIRE AND CASUALTY COMPANY, by and through their respective counsels, and pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and L.R. 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, hereby stipulate that the above-entitled action, is dismissed with prejudice, each party to bear their own costs and attorneys' fees.  All parties who have appeared in this action have signed the instant Stipulation.  There are no remaining parties and/or issues.  All other claims and parties are dismissed.

Trial is set for January 21, 2025.

DATED: Honolulu, Hawaii, May 30, 2024.

/s/ Kurt W. Klein
ROBERT G. KLEIN
KURT W. KLEIN
DAVID A. ROBYAK
JAMES M. YUDA
Attorneys for Plaintiff
DONNA MARIE PASCUA

/s/ Ashley R. Shibuya
RICHARD B. MILLER
LYLE M. ISHIDA
ASHLEY R. SHIBUYA
Attorneys for Defendants
STATE FARM FIRE AND CASUALTY COMPANY

APPROVED AS TO FORM:



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

Donna Marie Pascua v. State Farm Fire and Casualty Company et al., Civil No. CV 23-00374 MWJS-WRP; STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES